















JPP    8/19/02    9:14

3:02-CR-02228   USA V. DOMINGO

*1*

*CRINFO.*

FILED

2002 AUG 16  AM 10: 20

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 02cr2228-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | INFORMATION |
| v. | ) | |
| | ) | Title 18, U.S.C. 2113(a)- |
| RIDWAAN DOMINGO, | ) | Bank Robbery |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about February 22, 2001, within the Central District of California, defendant RIDWAAN DOMINGO, by force, violence and by intimidation, did unlawfully take and attempt to take from the person and presence of an employee of the Washington Mutual Bank, 29640 Rancho California, Temecula, California, the sum of approximately $3,402.00, belonging to and in the care, custody, control, management, and possession of Washington Mutual Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a).

Dated:  8-16-02

PATRICK K. O'TOOLE
United States Attorney

STEVE MILLER

1